

# Fourth Court of Appeals
## San Antonio, Texas

March 19, 2018

No. 04-17-00635-CR

Juan Guzman **ZUNIGA** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2006CR5239
Honorable Jefferson Moore, Judge Presiding

# O R D E R

Appellant, proceeding pro se, filed a notice of appeal stating his intent to appeal the trial court's order signed on April 17, 2017 denying his post-conviction motion for forensic DNA testing under Chapter 64 of the Texas Code of Criminal Procedure. *See* TEX. CODE CRIM. PROC. ANN. §§ 64.01-.05 (West Supp. 2017). Appellant's court-appointed attorney filed a brief pursuant to *Anders v. California*, 368 U.S. 738 (1967), asserting there are no meritorious issues to raise on appeal, and has informed the appellant of the right to file his own *pro se* brief. *Nichols v. State*, 954 S.W.2d 83, 85 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App. —San Antonio 1996, no pet.). The State filed a letter waiving its right to file an appellee's brief unless appellant files a *pro se* brief. Appellant has expressed his intent to file a *pro se* brief and has been provided with a copy of the appellate record. *See Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014).

Appellant has now requested a copy of, or access to, the reporter's record from his 2007 trial, particularly volume two of the seven volume reporter's record. An appeal from an order denying a post-conviction motion for DNA testing is limited to the matters directly relevant to the motion for DNA testing. *See* TEX. CODE CRIM. PROC. ANN. §§ 64.01-.05. Appellant is therefore only entitled to a copy of the record filed in this appeal from the denial of his DNA motion, which has been previously furnished, not a copy of the entire appellate record from his 2007 trial.

Accordingly, it is ORDERED that appellant's request for access to volume(s) of the reporter's record from his 2007 trial is DENIED. It is further ORDERED that appellant's

motion for an extension of time to file his *pro se* brief is GRANTED.  Appellant's *pro se* brief is due **within thirty (30) days** from the date of this order.

If the appellant files a *pro se* brief, the State may file a responsive brief no later than thirty (30) days after the date the appellant's *pro se* brief is filed in this court.

_____
Rebeca C. Martinez, Justice

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of March, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court